AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 06, 2022

SEAN F. McAVOY, CLERK

|  |  |  |
|---|---|---|
| MOLLY O., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:20-cv-00340-JAG |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| ACTING COMMISSIONER OF SOCIAL SECURITY, | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendant's Motion for Summary Judgment, ECF No. 19, is GRANTED.
Plaintiff's Motion for Summary Judgment, ECF No. 18, is DENIED.
Judgment is entered in favor of DEFENDANT.

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge _____ JAMES A. GOEKE _____ on cross-motions for summary judgment.

Date:  09/06/2022 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Lilly Savchuk
_____
*(By) Deputy Clerk*

Lilly Savchuk
_____